

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00377-CR

**RALPH DEWAYNE WATKINS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D36507

## O R D E R

Appellant's Objection to Motion to Extend Time, filed on July 13, 2017, is overruled. Appellant's Motion to Strike State's Brief and Proceed to Submission, filed on the same date, is denied. The State's Second motion for extension of time to file its brief is granted.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Objection overruled
Motion denied
Motion granted
Order issued and filed July 19, 2017

